# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of September, two thousand and fifteen.

Before: José A. Cabranes,
Chester J. Straub,
Debra Ann Livingston
*Circuit Judges*.

---

IN RE SEPTEMBER 11 LITIGATION:

WORLD TRADE CENTER PROPERTIES LLC, 1 WORLD TRADE CENTER L.L.C., 3 WORLD TRADE CENTER L.L.C., 7 WORLD TRADE CENTER COMPANY, L.P.

**JUDGMENT**
Docket Nos. 13-3619
13-3782

Plaintiffs-Appellants,

WORLD TRADE FARMERS MARKET, INC., ADEM ARICI, LAUREN PETERS, OMER IPEK, MAYORE ESTATES, L.L.C., 80 LAFAYETTE ASSOCIATES, L.L.C., SERKO & SIMON, LLP, CERTAIN UNDERWRITERS AT LLOYD'S COMPRISING SYNDICATES NO. 33,1003,2003,1208,1243,0376, GREAT LAKES REINSURANCE (UK) PLC, BARCLEY DWYER CO., INC., KAROON CAPITAL MANAGEMENT, INC., N.S. WINDOWS, LLC, TOWER COMPUTER SERVICES, INC., WALL STREET REALTY CAPITAL, INC., MVN ASSOCIATES, INC., MARSHA VAN NAME, FLOYD VAN NAME, DANIEL D'AQUILA, KOUDIS INTERNATIONAL, INC., AMERICAN ALTERNATIVE INSURANCE CORPORATION, THE PRINCETON EXCESS & SURPLUS LINES INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S LONDON AS MEMBERS OF SYNDICATES NUMBERED 1212, 1241, 79, 506, AND 2791, QBE INTERNATIONAL INSURANCE LTD., INDUSTRIAL RISK INSURERS, ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, ALLIANZ INSURANCE COMPANY OF CANADA, ALLIANZ SUISSE VERSICHERUNGS-GESELLSCHAFT, ALLIANZ VERSICHERUNGS-AKTIENGESELLSCHAFT, ASSURANCES GENERALES DE FRANCE, ASSURANCES GENERALES DE FRANCI IART, FIREMAN'S FUND INSURANCE COMPANY, WOBURN INSURANCE, LTD., GREATER NEW YORK MUTUAL INSURANCE COMPANY, INSURANCE COMPANY OF GREATER NEW YORK, MUNICH AMERICAN RISK PARTNERS,

UNDERWRITERS AT LLOYD'S, SUBSCRIBING TO SYNDICATE NO. 1225, AS SUBROGEES OF SILVERSTEIN PROPERTIES, INC., AMERICAN RE-INSURANCE COMPANY, AXA ART INSURANCE CORPORATION, AXA CESSIONS, AXA CORPORATE SOLUTIONS ASSURANCE, AXA CORPORATE SOLUTIONS SERVICES UK, LTD., AXA CORPORATE SOLUTIONS ASSURANCE CANADIAN BRANCH, AXA RE, AXA RE MADEIRA BRANCH, AXA RE ASIA PACIFIC PTE. LTD., AXA REINSURANCE UK, PLC, AXA VERISCHERUNG AG, AXA CORPORATE SOLUTIONS, COMPAGNIE GENERALE DE REASSURANCE DE MONTE CARLO, SPS REASSURANCE, AEGIS INSURANCE SERVICES, INC., LIBERTY INSURANCE UNDERWRITERS, INC., NATIONAL UNION INSURANCE COMPANY OF PITTSBURGH, NUCLEAR ELECTRIC INSURANCE LIMITED, CERTAIN UNDERWRITERS AT LLOYDS, (SYNDICATES 1225 AND 1511), AS SUBROGOR OF CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., MUENCHENER RUECKVERSICHERUNGS-GESELLSCHAFT, MUNICH REINSURANCE COMPANY UK GENERAL BRANCH, AXA CORPORATE SOLUTIONS ASSURANCE UK BRANCH, AXA CORPORATE SOLUTIONS REINSURANCE COMPANY, AXA GLOBAL RISKS UK, LTD., AXA RE CANADIAN BRANCH, CO2E.COM, LLC, CANTOR FITZGERALD & CO., CANTOR FITZGERALD ASSOCIATES, L.P., CANTOR FITZGERALD BROKERAGE, L.P., CANTOR FITZGERALD EUROPE, CANTOR FITZGERALD INTERNATIONAL, CANTOR FITZGERALD PARTNERS, CANTOR FITZGERALD SECURITIES, CANTOR FITZGERALD L.P., CANTOR INDEX LIMITED, ESPEED, INC., TRADESPARK, L.P., ESPEED GOVERNMENT SECURITIES, INC., ESPEED SECURITIES, INC., CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., 2 WORLD TRADE CENTER LLC, 4 WORLD TRADE CENTER LLC, MARY BAVIS, MICHAEL KEATING, GARY MICHAEL LOW,

Plaintiffs,

v.

AMERICAN AIRLINES, INC., AMR CORPORATION, UNITED AIRLINES, INC., UAL CORPORATION, MASSACHUSETTS PORT AUTHORITY, CONTINENTAL AIRLINES, INC., COLGAN AIR, INC., US AIRWAYS GROUP, INC., HUNTLEIGH USA CORPORATION, GLOBE AVIATION SERVICES CORPORATION, BURNS INTERNATIONAL SECURITY SERVICES CORPORATION, BURNS INTERNATIONAL SERVICES CORPORATION, PINKERTON'S INC., SECURITAS A.B., US AIRWAYS, INC.,

Defendants-Appellees,

EMERY ROTH & PARTNERS L.L.C., EMERY ROTH & SONS, P.C., GLOBE AIRPORT SECURITY SERVICES, INC., HUNTLEIGH

USA CORPORATION, LESLIE E. ROBERTSON ASSOCIATES, R.L.L.P., MINORU YAMASAKI ASSOCIATES, INC., SKILLING WARD MAGNUSSON BARKSHIRE INC., TISHMAN REALTY & CONSTRUCTION COMPANY, COLGAN AIRWAYS CORPORATION, SILVERSTEIN PROPERTIES, INC., 7 WORLD TRADE COMPANY, L.P., CITIGROUP INC., CITIGROUP GLOBAL MARKETS HOLDINGS INC., SALOMON SMITH BARNEY HOLDING, INC., SALOMON INC., SWANKE HAYDEN CONNELL ARCHITECTS, AMBASSADOR CONSTRUCTION CO., INC., COSENTINI ASSOCIATES INC., CANTOR SEINUK GROUP, P.C., H.O. PENN MACHINERY CO., INC., KABACK ENTERPRISES, PREFERRED UTILITIES MANUFACTURING CORP., ELECTRIC POWER SYSTEMS, INC., AMERICAN POWER TECHNOLOGIES, INC., G.C. ENGINEERING & ASSOCIATES, P.C., TISHMAN CONSTRUCTION CORPORATION,

FIRECOM INC., GRACE CONSTRUCTION PRODUCTS, FIBERLOCK TECHNOLOGIES, INC., ROSEWACH TANK CO., INC., ALL FIRE SYSTEMS, INC., SYSKA HENNESSY GROUP, INC., SKIDMORE OWINGS AND MERRILL, L.L.P., FLACK & KURTZ, INC., ABCO PEERLESS SPRINKLER CORPORATION, AMEC, PLC, OFFICE OF IRWIN G. CANTOR, P.C., SECURITY SERVICES, INC., CENTRIFUGAL ASSOCIATES, INC., RIGGS BANK, N.A., A WHOLY OWNED SUBSIDIARY OF RIGGS NATIONAL CORPORATION, RIGGS NATIONAL CORPORATION, IRWIN G. CANTOR, P.C., JOHNSON CONTROLS WORLD SERVICES, INC., TISHMAN CONSTRUCTION CORPORATION OF NEW YORK, TISHMAN INTERIORS CORPORATION, DELTA AIRLINES, INC., MIDWAY AIRLINES CORPORATION, ICTS INTERNATIONAL, N.V., THE BOEING COMPANY,

Defendants.

---

The appeals in the above captioned case from orders of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court dismissing 7WTCo.'s claims against United is AFFIRMED. The district court's judgment insofar as it properly applied the "lesser of two" principle to limit Plaintiffs' damages, properly denied Plaintiffs' claims for consequential damages, and properly applied CPLR § 4545 is also AFFIRMED. The judgment is VACATED in part and the case is REMANDED with instructions to assess the lost market value of Plaintiffs' leasehold interests and, if necessary, to recalculate the award of prejudgment interest in a manner consistent with the opinion of this court.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

